**Opinion issued March 10, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00582-CV

————————————

**THE ILY TRUST AND DORIS YOUNG, Appellants**

**V.**

**NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER, Appellee**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-54201**

---

## MEMORANDUM OPINION

Appellants The Ily Trust and Doris Young failed to file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a). On January 22, 2026, the Clerk of this Court notified Appellants that their appellate brief was past due, and their appeal was subject to dismissal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We directed Appellants to

file their brief and a motion requesting an extension to file the brief within 10 days of our notice. Appellants did not respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to file a brief. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Dokupil.